IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REFLECTXION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | CASE NO.  23-982 |

**OWNERSHIP DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, plaintiff discloses that plaintiff's parent corporation is Maxim Healthcare Services, Inc. and that no publicly held entity owns 10 percent or more of plaintiff's stock.

Respectfully submitted,

Saul Mezei

By:    */s/ Saul Mezei*

Saul Mezei
Attorney of Record for Plaintiff
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
202.955.8693
smezei@gibsondunn.com

Dated:  June 28, 2023

1